| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

U.S. Bankruptcy Court

v.

Jennifer L. Kearney

Order Filed on March 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Misc. Pro. No.:     25-00101

Hearing Date:      4/8/2025

Judge:             Poslusny

### ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROPERLY FILE LIST OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 10, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having noted that _____Jennifer L. Kearney_____, attorney for the debtor(s) has failed to properly file a List of Creditors with the petition as required by Fed. R. Bankr. P. 1007(a)(1) in the cases listed below.

| Case Number and Debtor's Name | Date Petition Filed | Failure to: |
|---|---|---|
| 25-12390 Jared M. Ash | 3/7/2025 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-21408 Gerald W. Maida | 11/18/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-10969 John P. & Danielle Flukey | 2/1/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 24-10545 Jersey-Atlantic Realty | 1/22/2024 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
| 23-20442 William & Linda Estelle | 11/8/2023 | ☒ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
|  |  | ❏ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |
|  |  | ❏ Upload a List of Creditors<br>❏ File a PDF of the List of Creditors |

For good cause shown, it is hereby

ORDERED that _____Jennifer L. Kearney, Esq._____ must appear at a hearing to be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____April 8, 2025_____ at ___11:00 am___ at the United States Bankruptcy Court, _____400 Cooper Street,_____ _____Camden, NJ 08101_____, Courtroom No. ___4C___ to show cause why sanctions should not be imposed for repeated failure to properly file a List of Creditors.

**FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

*new.8/1/17*