Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:
Debtor

Case No.:
Chapter

US Bankruptcy Court
Plaintiff

v.

Jennifer L. Kearney
Defendant

Adv. Proc. No. 25–00101–JNP                    Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 10, 2025, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 2
Order to Show Cause Why Sanctions Should Not be Imposed for Failure to Properly File List of Creditors. Order served on attorney via certified mail, return receipt requested. Signed on 3/10/2025. Show Cause hearing to be held on 4/8/2025 at 11:00 AM at JNP – Courtroom 4C, Camden. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 10, 2025
JAN: cmf

Jeanne Naughton
Clerk