# Notice Recipients

District/Off: 0312–1             User: admin                  Date Created: 3/10/2025
Case: 25–00101–JNP            Form ID: orderntc            Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Jennifer L. Kearney         jkearney@belluccilaw.net

TOTAL: 1